11 So.2d 167

**Ernest COTTON v. STATE.**

I Div. 432.

Court of Appeals of Alabama.
Nov. 17, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

5 So.2d 844

**Sidney COTTON v. STATE.**

4 Div. 653.

Court of Appeals of Alabama.
Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

5 So.2d 844

**Haywood COUNCIL v. STATE.**

4 Div. 700.

Court of Appeals of Alabama.
Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

1 So.2d 924

**Ollie COUNTS v. STATE.**

8 Div. 77.

Court of Appeals of Alabama.
Feb. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

5 So.2d 844

**Lewis COURTNEY v. STATE.**

5 Div. 127.

Court of Appeals of Alabama.
Nov. 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

3 So.2d 919

**Lee COURTWRIGHT, alias Robt. Green v. STATE.**

I Div. 388.

Court of Appeals of Alabama.
May 27, 1941.

W. C. Taylor, of Mobile, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.